EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Theodore Ravenell

Plaintiff,

-against-

Nassau county legal AIDE Society
LAS Estefania Taranto
Defendants.
----------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 25 2019 ★
LONG ISLAND OFFICE

AMENDED COMPLAINT

18 CV 06010 (JS)(AYS)

RECEIVED
APR 25 2019
EDNY PRO SE OFFICE

I Theodore Ravenell allege that Estefania Taranto did not follow The kirkland standard that rules Attorneys behavior in the court of law. In short because of ms Taranto dereliction of her duties, Judge Sherose was able to subvert to court process. In so by doing ms Taranto left me totally legally defenseless, against Judge Sherose court manipulations. The Judge lost jurisdiction on the DNA inclusion in February - march of 2017. This case did not end until 12/6/2018. During the course of events I repeatedly informed ms Taranto on numerous occassion what Judge Sherose tried to do. Before said fraudulent probation violation was dropped I explained what was doing to Peter Monoudakas I explained it to ms Taranto, to my probation officer mr. Pecca to his supervisor ms A gravin. And no one would listen to me. I even to this to mr. Dominic Dimaggio who is the chief Attorney for the probation Dept. he told me there was not a thing he could do. So the criminal justice system failed me. So with this complaint I will be filing several 1983 against Hempstead District court, probation Dept nassau, Nassau county dept of Correctional Services and the district Attorneys offices

COMPLAINT: (Start from the beginning and give all the facts pertaining to your complaint. Be sure to tell why you went to the attorney, when you had contact with the attorney, what happened each time you contacted the attorney, and what it was that the attorney did wrong. Also, please send this office all copies of papers that you received from the attorney.)

On 1/21/16 Estefania Taranto of Legal Aide Society of Nassau County, was assigned to my case. Ms. Estefania Taranto was supposed to get me a community service. She did not do that, instead she sold me out she did not represent me. She did not defend me to the best of her abilities. I have or had to prior absondences on my record from two felony parolee case, on the probation investigation probation denied my inclusion. I charge ms Taranto with coercion of defense 135.75 CPL. She did nothing but help the judge convict me. She violated the kickland rules and standards in regards to how an attorney is supposed to conduct their selves in a professional manner when dealing with their clients. me and ms taranto had no working client relationship She kept telling me lies about her action with the court in my behalf. There was a DNA inclusion from a prior conviction placed on the probation conditions. that were technicwordly inadmissable defective and illegal to do, acting Judge Lerose knew that the article of a DNA sample was in fact inadmissable violated mr. Raverell constitutional rights aswell as his amendment rights.

PLEASE SIGN: _____

Note: Unsigned complaints and those sent by e-mail or fax transmission will not be processed.

cont'd

**COMPLAINT:** (Start from the beginning and give all the facts pertaining to your complaint. Be sure to tell why you went to the attorney, when you had contact with the attorney, what happened each time you contacted the attorney, and what it was that the attorney did wrong. Also, please send this office all copies of papers that you received from the attorney.)

On Dec 6 2016 Peter Menoudakas was assigned to my case. After Judge Douglas Lerose mystereously removed my Legal aide Estefania Taranto. Whom did nothing to defend and was only concerned about me ~~accepting~~ accepting a plea. The same case with Peter Menoudakas he never defended me, I explained to him that Judge Lerose was a biased Judge. And that the probation conditions were fraudulent and that there was a inadmissable defective article placed on my probation conditions. I explained to Mr. Menoudakas that the DNA inclusion was illegal and that Judge Lerose lost his jurisdiction when he failed to extract a sample within the Legal Jurisdiction and that's 45 day after Arraingment. That Timed window for inclusion pasted 45 days after I was arrainged. So in essence because Mr Menoudakas did not disclose to Judge Lerose after finding out the that the DNA inclusion was in fact inadmissable and an defective article. Menoudakas made himself a co-conspirator by default. He had knowledge before hand that there was in fact a

PLEASE SIGN: _Theodore Ravenell_

Note: Unsigned complaints and those sent by e-mail or fax transmission will not be processed.

_allegations_

COMPLAINT: (Start from the beginning and give all the facts pertaining to your complaint. Be sure to tell why you went to the attorney, when you had contact with the attorney, what happened each time you contacted the attorney, and what it was that the attorney did wrong. Also, please send this office all copies of papers that you received from the attorney.)

Judge Lerose accepted a plea bargain deal with Estefania Taranto as legal aide, on 1/21/16 a plea deal was accepted by Judge D. Lerose, with all petit larceny's and Felony's Felonies. NYS requires a DNA inclusion at the end of every conviction. now in 2007 I had a DNA inclusion that I dodged because I did not know about it. In 2007 the DNA ruling was an administration regulations ruling. So at the time the courts were not required to extract samples. It was on a voluntary basis, I never recieved a notice from court. So by accepting my plea Judge Lerose had 45 days from the plea to conviction to extract. My conviction took one year to depose, I accepted plea deal 1/21/16 so 45 days from that date would make it between march 3 to march 25 give or take two weekends. So legally Judge Lerose Finalized the plea in march with two months of (CRP) conditional release to probation. So this is what Douglas Lerose does, because he knows he can not extract a DNA sample, He cook's the legal books by despencing his own Laws and breaking the Law

PLEASE SIGN: _Theodore Raveric ll_

Note: Unsigned complaints and those sent by e-mail or fax transmission will not be processed.

allegations

by, going into a closed petit Larceny case, and using the DNA article on the 2007 conviction date 6/1/2007 NYSID# 5406013R (see copy) and used this information as an extortion tool. So what Douglas Lerose did was first an obstruction of Justice by breaking the law. And concealing the fact that He used a 2007 DNA conviction, which was inadmissable and defective, because it was an illegal search and sizure of that information. All of the Attorneys in the case entered into a conspiracy with Douglas Lerose, who does not deserved to be called a judge when he placed that inadmissable defective article of my probation conditions. He basically said fuck the constitution and violated mine in the process. And I will not rest until I have my Justice. Legal Aide Estefania Taranto 18B Peter menoixdatcas, 18B Christopher Devane, chief Attorney for Nassau probation Dominic Dimaggio, P.O. Gravin P.O. Pecca from probation, were all disclosed, I told every single county officer and official in this case what Judge Lerose did and the DA's office all conspired illegally, to illegally detain me and imprison me so by losing Jurisdiction on DNA Judge extorted me coercion and mental tortured me by enslaving me. I never received a probation hearing and not one lawyer ever asked me if I wanted to fight violation. They all just wanted me to cop-out. Never once was any of these attorneys ever on my side

COMPLAINT:

Ms. Taranto along with Judge D. Lerose the acting ADA. conspired to violate my constitutional and amendment rights. By deny me adequate non-biased counsel, freedom of prosecution, and judicial misconduct as well as prosecutorial misconduct. In all these things Ms. Taranto failed me as an attorney. I explained to her this was a set up by the judge Lerose, DA Sing, Legal Aide Taranto. I have had two probation at same time I also had a $500.00 dollars bail imposed and was still on court probation for a entire year. And after conviction I was placed a county probation for an entire year. This where my conspiracy theory comes into play. I accepted plea on 1/21/16 ms taranto never got me a good deal. Lerose conspired by using an inadmissable defective article from a 2007 petit larceny. DNA inclusion attached. And placing the very same inadmissable defective article on my order and conditions of probation (see copy). I excepted plea 1/21/16 judge Lerose created conspiracy to cover the fact that I lost jurisdiction on the DNA inclusion with in the 213 day windows for the courts to extract said sample. So what Legal Aide Estefanie Taranto allowed judge Lerose to do was tamper with justice. In so doing, her actions and the DA's and the judge Lerose. caused me to lose my freedom illegally. It would appear that I was sentenced in a kangarooh court which happens in nassau county judicial courts all the time. After ms Taranto was reassigned two more inept Attorneys were forced on me because I would not plea to time served on a illegal probation violation. That I never had a violation hearing at all

UNSIGNED COMPLAINTS WILL NOT BE PROCESSED.

I never recieved a probation hearing and not one lawyer

Signature: [signed]

I got into a verbal fight with Ms. Taranto over the fact that judge Lerose did in fact obstruct justice, when he knew he's lost DNA jurisdiction, and then conspire with his motley crew. To defame, illegally detain me and incarcerate me. By legal standards I was a polictical prisoner, because judge Lerose had no legal reason to enter inadmissable defective evidence from a prior 2007 conviction. So because I threathed ms. Taranto with legal action. And the judge did not want to mention the illegal actions against me in open court and on the minutes. He intentionally reassigned ms Taranto to keep the conspiracy hidden because she was Legal AIDE. And his fear of exposure was to great for her to remain my counsel. So Lerose remove one inept ass for another, the new assissname was Peter menoudakas 18B. After ms. Taranto gave up on me from the pressure from Judge Lerose, me and my new counselor mr menoudakas got into a verbal fight as well after I told him what judge Lerose was trying to do. Legal AIDE Estefania Taranto, Peter menoudakas and Judge Douglas Lerose. Had an obligatory fiduciary duty to not only protect me as a disabled person, but to protect my constitutional and amendment rights. When a high court fails at its task to protect the guilty as well as the innocent. That's when kaos reigns. So because of what judge Lerose conspired to do by placing an inadmissable defective article on my probation conditions. Eventually probation violated me for this misleading inadmissable defective evidence. That judge Lerose knew to be false, Lerose caused me to be entrapped by his design.

UNSIGNED COMPLAINTS WILL NOT BE PROCESSED.        _____
                                                              Signature


